UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 6, 2012

MEMO TO COUNSEL RE:   John Krpan v. Board of Education of
Prince George's County
Civil No. JFM-12-1282

Dear Counsel:

    I have reviewed the memoranda submitted in connection with defendant's motion to dismiss.

    Regardless of the questions of whether plaintiff's claims are yet ripe for resolution or whether I should entertain a motion based upon possible issue preclusion, I am fully satisfied that it would not be appropriate for me to address the claims asserted by plaintiff until after the claims asserted by plaintiff before the Maryland State Board of Education have been reviewed by the Maryland state courts. After the review has been conducted, it may well be that, in the event that they are resolved in favor of defendant, the claims asserted by plaintiff in this action would be barred by issue preclusion. *See Moore v. Board of Education for Talbot County*, 63 F. Supp. 2d 667 (D. Md. 1999).

    Under these circumstances I have decided to administratively close this case subject to being reopened by any party within thirty days of the resolution of the state court litigation.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge